# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN ABRAUGH,<br><br>  Plaintiff,<br><br>v.<br><br>WALMART, INC., et al.,<br><br>  Defendants. | Case No. 1:23-cv-01387-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE STATUS REPORT AND CONTINUING THE MANDATORY SCHEDULING CONFERENCE TO JANUARY 25, 2024<br><br>(ECF No. 3)<br><br>**DEADLINE: JANUARY 4, 2024** |

Plaintiff initiated this action on September 22, 2023 against Defendants Walmart, Inc. and Gregory Hanes. (ECF No. 1.) Plaintiff has not filed any proof of service and neither Defendant has appeared. The mandatory scheduling conference is set for January 4, 2024, and a joint scheduling report was due December 28, 2023. (ECF No. 3.) No joint report has been filed in this action.

Rule 4(m) provides that "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). "But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." Id. The order setting the scheduling conference in this matter additionally provides that: "plaintiff shall diligently pursue service of the summons and complaint and dismiss those defendants against whom the plaintiff will not pursue claims . .

.[and] plaintiff shall promptly file proofs of service of the summons and complaint so the Court has a record of service." (ECF No. 3 at 1.)  "Failure to timely serve the summons and complaint may result in the imposition of sanctions, including dismissal of unserved defendants."  (Id. at 2.)  The order additionally provides that "[a] Joint Scheduling Report, carefully prepared and executed by all parties, shall be filed one (1) full week prior to the Scheduling Conference."  (Id.)  Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions … within the inherent power of the Court."  The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action.  Bautista v. Los Angeles Cnty., 216 F.3d 837, 841 (9th Cir. 2000).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall file a status report **no later than January 4, 2024** addressing the status of this action and whether Defendants Walmart, Inc. and/or Gregory Hanes have been served or will be dismissed from this action;

2. The initial scheduling conference is CONTINUED to **January 25, 2024** at **2:30 p.m.**, **in Courtroom 9** and the parties shall file a joint scheduling report at least **seven (7) days** prior to the scheduling conference; and

3. Failure to comply with this order may result in the issuance of sanctions, up to and including dismissal of this action.

IT IS SO ORDERED.

Dated:   **December 29, 2023**                        _____
                                                                          UNITED STATES MAGISTRATE JUDGE